**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.    **CV 14-4196-JFW (SHx)** | Date:  February 19, 2015 |

Title:    Marcia Stein -v- Kaiser Foundation Health Plan, Inc., et al.

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                 None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED AND THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH LOCAL RULE 7-3**

  According to Defendants' Motion for Judgment on Pleadings filed on February 17, 2015, Plaintiff's counsel did not participate in a meaningful and good faith Local Rule 7-3 conference that complied with both the Local Rule and the Court's Standing Order filed on June 4, 2014.

  Accordingly, Plaintiff is ordered to show cause in writing by **February 23, 2015** why the Court should not impose sanctions in the amount of $2,500.00 against Plaintiff's counsel and/or dismiss this action for failure to meaningfully participate in a Local Rule 7-3 conference.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

  IT IS SO ORDERED.

Initials of Deputy Clerk   sr